**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JERRY LEWKOWITZ,

                     Plaintiff,

   -against-                             20 **CIVIL** 7759 (LJL)

                                           **JUDGMENT**

INTERCONTINENTAL HOTELS GROUP
RESOURCES LLC, et al.,

                     Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Opinion dated July 6, 2021, IHC's and IHGR's motions to dismiss are GRANTED with prejudice. The claims against Defendants Aquapura Douro Valley SA or Sustainable Luxury Mauritius Limited are DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 4(m); accordingly, this case is closed.

**Dated:** New York, New York

       July 7, 2021

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                     **Clerk of Court**
                             **BY:**   *K. Mango*
                                                     _____
                                                     **Deputy Clerk**